# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of -- ) | |
| ) | |
| Unity of People Construction Company ) | ASBCA Nos. 58777, 59060, 59235 |
| ) | |
| Under Contract No. W91B4L-12-C-0225 ) | |

APPEARANCE FOR THE APPELLANT:        John M. Manfredonia, Esq.
                                     Manfredonia Law Offices, LLC
                                     Cresskill, NJ

APPEARANCES FOR THE GOVERNMENT:      Raymond M. Saunders, Esq.
                                     Army Chief Trial Attorney
                                     CPT Ahsan M. Nasar, JA
                                     Trial Attorney

## ORDER OF DISMISSAL

The dispute which is the subject of the appeals having been settled, the appeals are hereby dismissed with prejudice subject to reinstatement only in the event the settlement is not consummated. Any request to reinstate the subject appeal must be filed within 90 days of the date of this Order.

Dated: 4 February 2015

LYNDA T. O'SULLIVAN
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 58777, 59060, 59235, Appeals of Unity of People Construction Company, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals